AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

May 03, 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America<br>v.<br>Marques Bryant<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.   **4:22-mj-992** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/28/22, 2/2/22, 3/7/22, and 3/8/22__ in the county of _____Harris_____ in the
_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| USC 18 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Jessica Bruzas, TFO
*Printed name and title*

Sworn to me by telephone

Date: __05/03/2022__

_____
Judge's signature

City and state: _____Houston, Texas_____

Christina Bryan, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Affiant, Jessica Bruzas, being duly sworn, do hereby depose and state:

1. Affiant is a Detective with the Houston Police Department [HPD], duly appointed according to law and acting as such. Affiant has been a Peace Officer with the HPD for thirteen [13] years and am assigned to the Houston Police Department's Robbery Division as a member of the FBI Houston Division Violent Crime Task Force [VCTF]. The VCTF is comprised of Task Force Officers [TFO's] from the Houston Police Department, the Harris County Sheriff's Office, and Special Agents of the FBI. The VCTF is responsible for the investigation of, among other violent crimes, bank robbery. The facts contained in this affidavit are based upon information provided to me by other law enforcement officers, other witnesses, and my own personal knowledge. Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, Affiant has not set forth each and every fact learned during the course of the investigation. Rather, Affiant has set forth only those facts that she believes are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

2. Affiant and other members of the FBI VCTF have investigated or responded to four bank robberies in Houston, Texas and within Southern District of Texas that were committed by the same subject, later identified as Marques Bryant (BRYANT).

3. Affiant's partner, TFO Larry Gibson, responded to a bank robbery of an IBC Bank at 3200 Woodridge Dr on Friday, January 28, 2022. At the location, TFO Gibson spoke with the victim, teller Staci Amos (AMOS). AMOS stated she was working at the teller counter when a black male subject, later identified as BRYANT, approached her teller station and handed her a note that read: "Give me everything in the drawer. No dye pack, no tracers. Put it in a envelope. Will shoot." AMSO complied and handed BRYANT $4,000 in U.S. currency. BRYANT left the bank on foot and was picked up by a silver-colored older model sedan. According to surveillance photos, BRYANT was wearing a black colored flat billed hat with a white colored "White Sox" logo on the front and a gold sticker on the top of the brim, a black and white colored facemask, a black colored beard visible under the facemask, and a black colored winter jacket.

4. On Wednesday, February 2, 2022, Affiant and TFO Ryan Hilz responded to a bank robbery of a Wells Fargo Bank located at 10261 North Freeway, Houston, Texas. At the location, TFO Hilz spoke with the victim teller. The victim teller stated a black male subject, later identified as BRYANT, entered the bank with his face covered with a neck gaiter. BRYANT approached her and handed her a hand written note. Based on her recollection, the note said: "Give me the money if you don't want me to shoot." The teller complied and placed a total of $5,601 of U.S. currency in an envelope and handed it to BRYANT. BRYANT then left the bank. No vehicle was observed. According to surveillance photos, BRYANT was wearing a the same black colored flat billed hat with a white colored "White Sox" logo on the front and a gold sticker on the top of the brim and a black colored winter jacket.

5. On Monday, March 7, 2022, TFO Gibson responded to a bank robbery of Comerica bank located at 370 Greens Road, Houston, Texas. At the location, TFO Gibson spoke with the victim teller, Masooma Hasnie (HASNIE). HASNIE stated a black male subject, later identified

as BRYANT, entered the bank wearing a COVID mask and a baseball cap. BRYANT approached her and handed her a hand written note which read: "Don't scream, don't panic. Put all the money in a envelope. I have a gun, will shoot." HASNIE complied and gave Bryant a total of $90. BRYANT left the bank on foot and entered what is believed to be a silver colored Hyundai Elantra sedan. According to surveillance photos, BRYANT was wearing the same black colored flat billed hat with a white colored "White Sox" logo on the front and a gold sticker on the top of the brim and a black colored winter jacket.

6. On Tuesday, March 8, 2022, Affiant and TFO Hilz responded to a robbery at the PNC Bank located at 14255 North Freeway, Houston, Texas. At the location, TFO Hilz spoke with the victim teller. The teller stated a black male subject, later identified as BRYANT, entered the bank wearing a COVID mask and a baseball cap. BRYANT approached the teller and handed her a hand written note. Based on the teller's recollection, the note said: "Give me the money, not dye pack. I have a bomb." The teller complied and gave BRYANT a total of $1,880. BRYANT left the bank on foot and was picked up by a dark-colored older model sedan. According to surveillance photos, BRYANT was wearing a black colored flat billed hat with a white colored "White Sox" logo on the front and a gold stick on the top of the brim, a black and white colored facemask, a black colored beard visible under the facemask, and a black colored winter jacket.

7. Through review of surveillance footage from the PNC Bank, several areas were identified that the Suspect had touched as he entered and exited. Latent prints were developed and collected by the Harris County Sheriff's Office (HCSO) Crime Scene Unit (CSU) as evidence from the entry/exit door of the interior door handle where the suspect opened the door. The fingerprints were developed and determined to be the fingerprints of **MARQUES**

**ALEXANDER BRYANT.** HCSO CSU then took custody of the two notes collected and tagged at the Houston Police Department's Property Room from the IBC Bank robbery on January 28, 2022 and the Comerica Bank robbery on March 7, 2022. Latent prints were developed on each note by HCSO CSU and were determined to be the fingerprints of **MARQUES ALEXANDER BRYANT.**

8. On Tuesday, March 15, 2022, a robbery was committed at the Chase Bank located at 43 E. Golf Road, Arlington Heights, Illinois. At approximately 9:17am, a black male subject, later identified as BRYANT, entered the bank wearing a COVID mask and a baseball cap. BRYANT walked up to the teller station and handed the teller a hand written note. The note was retained by law enforcement and it read: "Give me all the money in the drawer. Don't call nobody no typing in the computer. Put it in a envelope. Will shoot." The teller complied and handed BRYANT $1,800 in cash. BRYANT left the bank on foot. According to surveillance photos, BRYANT was wearing a black colored flat billed hat with a white colored "White Sox" logo on the front and a gold sticker on the top of the brim, a black and white colored facemask, a black colored beard visible under the facemask, and a black colored winter jacket. The recovered demand notes from the IBC and Comerica robberies were compared to the note from the Chase Bank in Illinois and it was noted the handwriting and verbiage was the same on all three notes.

9. Based on the foregoing your Affiant believes there is probable cause to believe that on January 28, February 2, March 7, and March 8 of 2022, Marques BRYANT used force, violence, and intimidation to take money belonging to the IBC Bank located at 3200 Woodridge Dr, Wells Fargo Bank located at 10261 North Fwy, Comerica Bank located at 370 Greens Rd, and the PNC Bank located at 14255 North Fwy, all located in the Southern District of Texas, the deposits of

which are insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

*signature*

TFO Jessica Bruzas, Houston Police Department/ FBI VCTF

Subscribed and Sworn to me by telephone on May 3, 2022, and I find probable cause.

*signature*

CHRISTINA BRYAN
UNITED STATES MAGISTRATE JUDGE